PER CURIAM.
 

 This appeal arises from an arbitration claim against Anthony Fareri and others alleging that Fareri manipulated the market in two penny stocks and engaged in other misconduct. The circuit court confirmed the arbitration award and entered final judgment in favor of the claimants. We affirm the final judgment in all respects, except that portion that awards attorney’s fees to counsel for the claimants. Because the trial court failed to conduct an evidentiary hearing before awarding attorney’s fees, we reverse and remand for further proceedings on attorney’s fees.
 

 Reversed and Remanded
 

 
 *1201
 
 TAYLOR and MAY, JJ., and GARCIA-WOOD, MARINA, Associate Judge, concur.